| | |
|---|---|
| 1 | John P. Schaedel, SBN 181209<br>jschaedel@fordharrison.com |
| 2 | Justin L. Clark, SBN 305503<br>jclark@fordharrison.com |
| 3 | **FORD & HARRISON LLP**<br>350 South Grand Avenue, Suite 2300 |
| 4 | Los Angeles, CA 90071<br>Telephone: (213) 237-2449 |
| 5 | Facsimile: (213) 237-2401 |
| 6 | Attorneys for Defendant, |
| 7 | COMMSCOPE, INC., a Delaware Corporation |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WARD, an individual<br><br>Plaintiff,<br><br>v.<br><br>COMMSCOPE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. '21CV370 H DEB<br><br>**DEFENDANT COMMSCOPE, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P 7.1 AND LOCAL RULE 40.2**<br><br>Action Filed: December 23, 2020 |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

In accordance with Federal Rule of Civil Procedure 7.1 and Southern District Local Rule 40.2, Defendant COMMSCOPE, INC., a Delaware Corporation ("CommScope"), makes the following disclosures in the above-captioned action:

///

///

///

///

///

///

1     **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and Southern District Local Rule 40.2, CommScope's parent company is: CommScope Holding Company, Inc; and the following individuals or entities own more than 10% of CommScope: CommScope Holding Company, Inc.

Dated: March 2, 2021        Respectfully submitted,

FORD & HARRISON LLP

By:  */s/ Justin L. Clark*
    John P. Schaedel
    Justin L. Clark
    Attorneys for Defendant,
    COMMSCOPE INC.

# **PROOF OF SERVICE**

I, Celestine Seals, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1901 Harrison Street, Suite 1650, Oakland, California 94612. On March 2, 2021, I served a copy of the within document(s):

## **DEFENDANT COMMSCOPE, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P 7.1 AND LOCAL RULE 40.2**

☐ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☑ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Cecilia N. Brennan  *Attorneys for Plaintiff*
HKM EMPLOYMENT ATTORNEYS LLP  THOMAS WARD
401 West A Street, Suite 200 (#5)
San Diego, CA 92101
Tel/Fax:   619.717.6409
Email: cbrennan@hkm.com

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 2, 2021, at Oakland, California.

*/s/ Celestine Seals*
Celestine Seals