# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WARD, an individual<br><br>Plaintiff,<br><br>v.<br><br>COMMSCOPE, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:21-cv-370-H-DEB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DISCOVERY AND EXPERT EXCHANGE DEADLINES**<br><br>DKT. NO. 32 |

Plaintiff THOMAS WARD and Defendant COMMSCOPE, INC. (collectively the "Parties"), by and through their respective attorneys of record, filed a Joint Motion to Continue Discovery and Expert Exchange Deadlines on March 25, 2022.  The Court, having considered the papers and evidence submitted, and for good cause appearing, hereby orders and rules that certain pre-trial deadlines are extended as follows:

1. Defendant may take the deposition of Plaintiff for an additional 2 hours;
2. Plaintiff will produce additional responsive job search documents by April 8, 2022;

1
ORDER

3. The deadline for fact discovery cut-off to complete the depositions already noticed: April 29, 2022;

4. If after completing the depositions already noticed Plaintiff believes that he needs additional discovery, the parties will meet and confer on this issue;

5. Initial expert exchange deadline: May 15, 2022;

6. Rebuttal expert exchange deadline: June 1, 2022;

7. Rule 26(a)(2)(A) and (B) disclosures deadline: June 15, 2022; and

8. No other dates will change.

IT IS SO ORDERED.

DATED: April 12, 2022

HONORABLE MAGISTRATE JUDGE
DANIEL E. BUTCHER